# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lloyd, Howard R. | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/04/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

280 S. First St.
San Jose CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of the West # 1 checking | | None | J | T | | | | | |
| 2. Bank of the West # 2 checking | | None | K | T | | | | | |
| 3. TRUST #1:(Lines 4 through 81) | | | | | | | | | |
| 4. - Vanguard Brokerage #2 | | | | | | | | | |
| 5. - Dodge & Cox Balanced # 1 | C | Dividend | M | T | | | | | |
| 6. -Vanguard Fed M/M #2 | A | Dividend | J | T | | | | | |
| 7. -Vanguard CA T/F M/M #1 | A | Dividend | K | T | | | | | |
| 8. -Vanguard Brokerage #1 | | | | | | | | | |
| 9. - Manager's Special Equity | | None | L | T | | | | | |
| 10. - Dodge & Cox Balanced # 2 | D | Dividend | N | T | | | | | |
| 11. - Longleaf Partners | A | Dividend | M | T | | | | | |
| 12. - Oakmark International | C | Dividend | M | T | | | | | |
| 13. -Tweedy Brown Value | A | Dividend | L | T | | | | | |
| 14. - A T & T | A | Dividend | J | T | | | | | |
| 15. - Adams Express | A | Dividend | J | T | | | | | |
| 16. - America Movil (former AMX) | A | Dividend | J | T | | | | | |
| 17. - Archer Daniels | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Auto Desk | | None | J | T | | | | | |
| 19. - Boeing | A | Dividend | J | T | | | | | |
| 20. - Bristol Meyers | A | Dividend | J | T | | | | | |
| 21. - Centerpoint | A | Dividend | J | T | | | | | |
| 22. -Chemours (x) | A | Dividend | J | T | | | | | |
| 23. - Chevron | B | Dividend | K | T | | | | | |
| 24. - Colgate | A | Dividend | J | T | | | | | |
| 25. - Costco | A | Dividend | J | T | | | | | |
| 26. - Dean Foods | A | Dividend | J | T | | | | | |
| 27. -Dowdupont | A | Dividend | J | T | | | | | |
| 28. - Ennis | A | Dividend | J | T | | | | | |
| 29. - Exxon | A | Dividend | K | T | | | | | |
| 30. - General Electric | A | Dividend | J | T | | | | | |
| 31. - Genuine Parts | A | Dividend | J | T | | | | | |
| 32. - Glaxo | A | Dividend | J | T | | | | | |
| 33. - IBM | B | Dividend | K | T | | | | | |
| 34. - Johnson & Johnson | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Medtronic | A | Dividend | J | T | | | | | |
| 36. - Pepsico | A | Dividend | K | T | | | | | |
| 37. - Pfizer | A | Dividend | J | T | | | | | |
| 38. - TriContinental | A | Dividend | J | T | | | | | |
| 39. - Veriphone | | None | J | T | | | | | |
| 40. - Verizon | A | Dividend | K | T | | | | | |
| 41. - Vodaphone | A | Dividend | J | T | | | | | |
| 42. - WEC Energy Group | A | Dividend | K | T | | | | | |
| 43. - Whitewave | | None | | | Sold | 04/12/17 | J | C | |
| 44. - Xcel Energy | A | Dividend | K | T | | | | | |
| 45. - Zimmer Holdings | A | Dividend | K | T | | | | | |
| 46. -3M Co. | A | Dividend | J | T | | | | | |
| 47. -Vanguard Fed M/M #1 | A | Dividend | L | T | | | | | |
| 48. -Vanguard 500 Index #1 | D | Dividend | O | T | Sold (part) | 03/21/17 | J | | |
| 49. | | | | | Sold (part) | 06/20/17 | J | | |
| 50. | | | | | Sold (part) | 09/15/17 | J | | |
| 51. | | | | | Sold (part) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Vanguard Total Stock Index | D | Dividend | O | T | Buy (add'l) | 03/21/17 | J | | |
| 53. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 54. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 55. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 56.   -Vanguard 500 Index #2 | D | Dividend | N | T | Sold (part) | 03/21/17 | J | | |
| 57. | | | | | Sold (part) | 06/22/17 | J | | |
| 58. | | | | | Sold (part) | 09/19/17 | J | | |
| 59. | | | | | Sold (part) | 12/22/17 | J | | |
| 60.   -Vanguard CA Intermed T/F Bond #1 | C | Dividend | M | T | Buy (add'l) | 03/21/17 | J | | |
| 61. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 62. | | | | | Sold (part) | 05/19/17 | J | | |
| 63. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 64. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 65. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 66. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 67. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 68. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Vanguard REIT | B | Dividend | K | T | Sold (part) | 03/21/17 | J | | |
| 70. | | | | | Sold (part) | 06/22/17 | J | | |
| 71. | | | | | Sold (part) | 09/21/17 | J | | |
| 72. | | | | | Sold (part) | 12/20/17 | J | | |
| 73.  Vanguard Total Intn'l. Stock | D | Dividend | N | T | Sold (part) | 03/23/17 | J | | |
| 74. | | | | | Sold (part) | 06/20/17 | J | | |
| 75. | | | | | Sold (part) | 09/19/17 | J | | |
| 76. | | | | | Sold (part) | 12/20/17 | J | | |
| 77.  Vanguard CA Intermed T/F Bond #2 | E | Dividend | O | T | Buy (add'l) | 03/21/17 | J | | |
| 78. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 79. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 80. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 81.  Vanguard CA T/F M/M#2 | A | Dividend | N | T | | | | | |
| 82.  VANGUARD IRAs: | | | | | | | | | |
| 83.  - Total Stock Index | C | Dividend | M | T | Sold (part) | 03/15/17 | K | | |
| 84. | | | | | Sold (part) | 06/15/17 | K | | |
| 85. | | | | | Sold (part) | 09/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/15/17 | K | | |
| 87.  - Extended Market Index | D | Dividend | O | T | Sold (part) | 03/15/17 | J | | |
| 88. | | | | | Sold (part) | 06/15/17 | J | | |
| 89. | | | | | Sold (part) | 09/15/17 | J | | |
| 90. | | | | | Sold (part) | 12/15/17 | J | | |
| 91.  - Primecap | D | Dividend | N | T | | | | | |
| 92.  - Total Bond Index #1 | E | Dividend | P1 | T | | | | | |
| 93.  - Total Bond Index # 2 | C | Dividend | M | T | | | | | |
| 94.  -U.S. Value | C | Dividend | M | T | Sold (part) | 12/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Howard R. | 05/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII: Chemours added at Line 22 because value increased to reporting level. Dowdupont at Line 27 is a name change (formerly Dow).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard R. Lloyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544